**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cr-00116-TWP-DML |
| | ) | |
| RUSSELL CHARLES TAYLOR, | ) -01 | |
| | ) | |
| Defendant. | ) | |

**ENTRY FOR JUNE 30, 2021**
**THE HONORABLE TANYA WALTON PRATT, CHIEF JUDGE**

The Government appeared by Kathryn E. Olivier and Bradley Paul Shepard, Assistant United States Attorneys. The Defendant appeared in person, in custody, and by retained counsel Jeremy Brian Gordon and Zachary Lee Newland. Andrew Wilhelm attended as agent for the Government. David Moxley was the Court Reporter. Parties appeared for hearing on Defendant's Petition to Enter a Plea of Guilty at the Indianapolis Courthouse.

The Defendant was sworn. The Court advised Defendant of his rights. The Court inquired of the Defendant whether the Defendant understood the rights that the Defendant would relinquish if the Court accepted the plea of guilty and the Defendant responded affirmatively. A factual basis was accepted. The Court found the Defendant was fully competent and able to enter an informed plea, the Defendant's plea was made knowingly and voluntarily, the plea was supported by an independent basis in fact containing each of the essential elements of the offense charged. Defendant's Plea Agreement plea of guilty without the benefit of a plea agreement was accepted by the Court pursuant to the Federal Rules of Criminal Procedure 11(c)(1)(B) and Defendant was adjudged guilty of Counts 1-3, 5, 8-11, 14-20 and 23-31; 7, 21, and 22; and 32, 33, and 34 as charged in the Indictment.

Sentencing will be set after disclosure of the presentence investigation report.

IT IS SO ORDERED.

Date: 6/30/2021

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Jeremy Brian Gordon
Law Office of Jeremy Gordon
jeremy@gordondefense.com

Zachary Lee Newland
JEREMY GORDON, PLLC
zach@gordondefense.com

Kathryn E. Olivier
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
kathryn.olivier@usdoj.gov

Bradley Paul Shepard
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
brad.shepard@usdoj.gov