| United States v. Taylor - 1:20-cr-116-TWP-MJD | | | | |
|---|---|---|---|---|
| **EXHIBIT LIST** | | | | |
| | | | | |
| **Exhibit Number** | **Exhibit Description** | **Offered** | **Objection** | **Admitted** |
| 1 | April 23, 2015 Search Warrant Package - Cause No. 49G05-1504-MC-014098 | | | |
| 2 | April 29, 2015 Search Warrant Package - Cause No. 49G05-1504-MC-014875 | | | |
| 3 | Trial Testimony of G.F. - Cause No. 1:20-cr-270-TWP-DML | | | |
| 4 | Indiana State Police Incident Management System Manual | | | |
| 5 | Indiana State Police Standard Operating Procedure re: Incident Management System (Reference Number INV-003; Effective March 1, 2015) | | | |
| 6 | Indiana State Police Standard Operating Procedure re: Incident Management System (Reference Number INV-003; Effective January 25, 2018) | | | |
| 7 | Indiana State Police Standard Operating Procedure re: Property Record & Receipt Form Completion Requirements (Reference Number LAB-001; Effective Date January 15, 2015) | | | |
| 8 | Indiana State Police Standard Operating Procedure re: Evidence Submission Requirements - Use of Property Record & Receipt Form (Reference Number LAB-001; Effective Date August 28, 2018) | | | |
| 9 | Indiana State Police Standard Operating Procedure re: Case Management System (Reference Number INV-012; Effective October 7, 2011) | | | |
| 10 | Handwritten Notes from November 3, 2014 Interview of Melissa Hamilton | | | |
| 11 | Handwritten Notes from October 17, 2014 Surveillance at 1304 Salem Creek Boulevard | | | |
| 12 | Handwritten Notes from April 21, 2015 Surveillance at 1304 Salem Creek Boulevard | | | |
| 13 | Indiana BMV Registration Response from October 22, 2014 on IN#WLK937 | | | |
| 14 | Indiana BMV Registration Response from October 22, 2014 on IN#UEB851 | | | |
| 15 | Photograph of Items Produced to Defendant on June 26, 2015 | | | |